948

No. 552. ZEGERS, INC. v. ZEGERS. C. A. 7th Cir. Certiorari denied. *Thomas F. McWilliams* for petitioner. *Daniel V. O'Keeffe* for respondent.

No. 557. PACELLI v. UNITED STATES;
No. 593. KAHN v. UNITED STATES; and
No. 594. SCHAWARTZBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Kasanof* and *Albert J. Krieger* for petitioner in No. 557. *Frances Kahn,* petitioner, *pro se,* in No. 593. Petitioner *pro se* in No. 594. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States in all three cases. Reported below: 366 F. 2d 259.

No. 559. DRISCOLL v. TOLEDO BLADE Co. Sup. Ct. Ohio. Certiorari denied. *Melvin M. Belli* and *William D. Driscoll, pro se,* for petitioner. *Arnold F. Bunge* and *Dan H. McCullough* for respondent.

No. 561. BERNER ET AL., EXECUTORS v. BRITISH COMMONWEALTH PACIFIC AIRLINES, LTD., ET AL. C. A. 2d Cir. Certiorari denied. *T. Roland Berner, pro se,* and for other petitioner.

No. 563. NATIONAL SCREEN SERVICE CORP. v. POSTER EXCHANGE, INC. C. A. 5th Cir. Certiorari denied. *Louis Nizer* for petitioner. *Francis T. Anderson* for respondent.

No. 565. HIATT v. SAN FRANCISCO NATIONAL BANK ET AL. C. A. 9th Cir. Certiorari denied. *Coleman J. Lesser* for petitioner. *Roy A. Bronson, John F. Lee* and *Leslie H. Fisher* for respondents.